# UNITED STATES DISTRICT COURT

for the

Middle District of Georgia

| Antonio Riggins | **Repayment Agreement and Order** | No: 4:16-CR-00002-001 |

On April 6, 2017, Antonio Riggins was sentenced to 18 months imprisonment followed by a 36 month term of supervised release.

After a review of his financial status, the following repayment agreement has been reached with Mr. Riggins. Please acknowledge our approval or disapproval of the proposed payment plan and sign below.

**FINE/RESTITUTION/SPECIAL ASSESSMENT REPAYMENT AGREEMENT:**

1.   As a result of the judgment entered against me on April 6, 2017, I have been ordered to pay a total restitution of $1,874,8.56 and a special assessment of $100.00.

2.   On July 29, 2018, I began my service of 36 months of supervised release. A payment towards the mandatory assessment was offered on December 12, 2017. The current balance of my special assessment is $75.00, and my restitution balance is $1,874,856.00.

3.   After reviewing my current income and my necessary monthly expenditures, the proposed repayment schedule has been agreed upon by all parties. Beginning on the 1st day of February, 2019, I will tender to the United States a certified check or money order, payable to the Clerk, U.S. District Court, in the amount of not less than $75.00 per month during the term of supervision.

_____   2-28-19
Antonio Riggins                Date

_____   3/11/2019
Jennifer S. Torbett, U.S. Probation Officer    Date

_____   3/18/19
Assistant U.S. Attorney         Date

---

**THE COURT ORDERS:**

XXX Approval   ☐ Disapproval

S/Clay D. Land

_____
Clay D. Land
Chief U.S. District Judge

3/25/2019
Date